UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN V. WITTY AND**<br>**DONNA B. WITTY** | **CIVIL ACTION** |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY** | **NO. 09-1081-C-M2** |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days from the date of service of this Notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. The failure of a party to file written objections to the proposed findings, conclusions, and recommendation contained in a Magistrate Judge's Report and Recommendation within 14 days after being served with a copy of the Report shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge that have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, May 13, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN V. WITTY AND DONNA B. WITTY** | **CIVIL ACTION** |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY** | **NO. 09-1081-C-M2** |

### MAGISTRATE JUDGE'S REPORT

This matter is before the Court on the Joint Motion to Remand (R. Doc. 6) filed by plaintiffs, John V. Witty and Donna B. Witty, and defendant, Allstate Insurance Company. Through this motion, all parties seek to have this case remanded to state court on the ground that the requisite amount in controversy does not exist for purposes of diversity jurisdiction. Specifically, the parties refer the Court to the plaintiff's recently-executed Irrevocable Stipulation, wherein the plaintiffs renounce and waive any entitlement to an award of damages against Allstate in excess of $75,000.00, exclusive of interest and costs. *See*, Exhibit A to the parties' joint motion. The Court has also reviewed the facts and evidence in the record and agrees with the parties that the amount in controversy does not meet the minimum amount required for diversity jurisdiction. Accordingly, the Court finds that the parties' joint motion to remand should be granted.

## **RECOMMENDATION**

For the above reasons, it is recommended that the Joint Motion to Remand (R. Doc. 6) filed by plaintiffs, John V. Witty and Donna B. Witty, and defendant, Allstate Insurance Company, should be **GRANTED** and that this matter should be **REMANDED** to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana, for further proceedings.

Signed in chambers in Baton Rouge, Louisiana, May 13, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**