UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN V. WITTY AND
DONNA B. WITTY

VERSUS

ALLSTATE INSURANCE COMPANY

CIVIL ACTION

NO. 09-1081-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 13, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Joint Motion to Remand (R.Doc.6) filed by plaintiffs John V. Witty and Donna B. Witty, and defendant, Allstate Insurance Company, will be granted and this matter will be remanded to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, July 6, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA